**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X         Chapter 13
**IN RE:**
                                                                  Case No.: 17-72869
Felix Davila
                                                                  **THIRD AMENDED**
                         **Debtor(s)**                            **CHAPTER 13 PLAN**
-------------------------------------------------------X

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee, and the debtor(s) shall pay to the trustee for a total of **60** months, the sum of:

   **$760.00** commencing __June 2017__ for a period of 1 payment then **$136.00** commencing **July 2017** through and including October 2017 for a period of 4 months then **$801.00** commencing November 2017 thru and including ____**May 2022**____ for a period of **55** months;

2. From the payments so received, the trustee shall make disbursements as follows:
   (a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507. **$2,000.00** to the Law Office of John Gonzalez P.C.
   (b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:
       (1) Ditech Home Loans (9444) first mortgage secured by debtor's residence located at 105 Ames Street, Brentwood NY 11717 to be paid outside the plan. **Mortgage arrears of $39.231.82 to be paid inside the plan.**

   (c) Subsequent and/ or concurrently with distribution to secured, priority, and administrative creditors, dividends to **unsecured creditors** whose claims are duly allowed as follows: **PRO RATA distribution to all timely filed proofs of claim of not less than 100%(percent).**

3. The Debtor shall make all post-petition payments, including but not limited to mortgage payments, vehicle, payments, real estate taxes and income taxes, outside the plan.

4. All lease agreements are hereby assumed, unless specifically rejected as follows: _____N/A_____
   _____.

5. Title to the debtor(s) property shall revest to the debtor(s) upon completion of the plan or dismissal of the case, <u>unless otherwise provided in the Order confirming the plan.</u> Throughout the term of this plan, the debtor(s) will not incur post-petition debt over $2,000.00 without written consent of the Chapter 13 Trustee or the Court.


s/Felix Davila_____
Debtor

_s/ John Gonzalez_____
Attorney for Debtor

Dated: __10/31/2017_____